IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Bilal Mannsur Nicholas | Criminal Action No.<br><br>1:24-cr- 1077 |

### Government's Motion for Detention

The United States of America, by Ryan K. Buchanan, United States Attorney, and Katherine I. Terry, Assistant United States Attorney for the Northern District of Georgia, moves the Court, pursuant to 18 U.S.C. § 3143(a) and Fed. R. Crim. P. 32.1(a)(6), to detain the defendant in the custody of the U.S. Marshal pending a final revocation hearing on violations related to the defendant's supervised release. The Court should detain the defendant unless the defendant establishes by clear and convincing evidence that he/she is not likely to flee or pose a danger to the safety of any other person or to the community.

Dated: December 11, 2024

                                          Respectfully submitted,

                                          RYAN K. BUCHANAN
                                          *United States Attorney*

                                          */s/ Katherine I. Terry*

Richard Russell Federal Building      Katherine I. Terry
75 Ted Turner Drive S.W., Suite 600   Assistant United States Attorney
Atlanta, Georgia 30303-3309           Georgia Bar No. 229887
Phone: (404) 581-6000

## Certificate of Service

The United States Attorney's Office served this document today by handing a copy to defense counsel.

Dated: December 11, 2024

*Katherine I. Terry*
KATHERINE I. TERRY
*Assistant United States Attorney*